Carolyn E. Wright (SBN 263960)
Leslie Burns (SBN 276687)
Tyra Hughley Smith (SBN 259845)
Law Office of Carolyn E. Wright, LLC
P.O. Box 430
Glenbrook, NV 89413
(775) 589-2229 (telephone)
(775) 580-7322 (facsimile)
Email: carolyn@photoattorney.com
Email: leslie@photoattorney.com
Email: tyra@photoattorney.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION, a Canada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HOOVER FINANCIAL CONSULTING, INC., a California Corporation<br><br>Defendant. | Case No. ______________________<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT WITH DEMAND FOR JURY TRIAL |

Plaintiff Masterfile Corporation ("Masterfile") states its claims against Hoover Financial Consulting, Inc., ("Hoover") as follows:

THE PARTIES TO THIS COMPLAINT

1. Plaintiff Masterfile is a Canadian corporation with its principal place of business at 3 Concorde Gate, Fourth Floor, Toronto, Ontario,

Canada M3C 3N7. Masterfile is a stock image licensing agency in the business of licensing reproduction and display rights in images to users for a fee.

2. On information and belief, Defendant Hoover is a for-profit California corporation, registered under entity number 02866752, with its principal place of business in the County of San Bernardino, California. Hoover may be served through its registered agent Adam W. Hoover at 15338 Central Avenue, Suite 111, Chino, California 91710.

3. On information and belief, Hoover owns and operates the website at www.hooverfinancialconsulting.com ("Hoover Website").

JURISDICTION AND VENUE

4. This action arises under the Federal Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.* Jurisdiction is founded on 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Hoover by virtue of its transacting, doing, and soliciting business in this District, because its principal place of business is located within this District, and because a substantial part of the relevant events occurred in this District.

6. Venue is proper under 28 U.S.C. §§ 1391(b)(1-2) and (c) and 1400(a) because the Defendant is located in this District.

OPERATIVE FACTS

7. Masterfile is a photography agency that specializes in licensing rights-managed images for commercial use. Masterfile partners with and represents professional photographers who seek to license their original images for commercial purposes, including for use on the Internet.

8. Masterfile obtained the exclusive right to license the rights-managed images catalogued under the following numbers as listed on Masterfile's website, www.masterfile.com ("Masterfile Website"): 700-00054594 [Computer Keyboard]; 700-00478808 [American Currency]; 700-00796219 [Couple Working]; and 700-01587070 [Portrait of Family], as shown in Exhibit "A" (collectively, the "Images"). The original authors of these Images are Garry Black, David Muir, Jerzyworks, and Masterfile, respectively.

9. Masterfile executed Artist Agreements with each individual author of the Images, whereby each author granted it the exclusive right to license the Images for commercial use.

10. Image number 700-00054594 [Computer Keyboard] was originally authored by Garry Black. This image was subject to a "Memorandum of Agreement" dated June 1, 1999, which was renewed on December 1, 2010 by the "Artist Agreement" ("Black Artist Agreement"). The Black Artist Agreement grants Masterfile the exclusive right to license the image on behalf of the original author, other copyright rights under Section 106 of the Copyright Act, and the exclusive right to pursue litigation on behalf of the original author. Masterfile registered this image with the United States Copyright Office, as part of a collection in compliance with all Copyright Office requirements, under the registration number of VA 1-090-598, with an effective date of July 20, 2001 (see Exhibit "C").

11. Image number 700-00478808 [American Currency] was originally authored by David Muir. This image was subject to a "Memorandum of Agreement" dated April 1, 2003, which was renewed on March 1, 2009 by the "Artist Agreement" ("Muir Artist Agreement"). The Muir Artist Agreement grants Masterfile the

exclusive right to license the image on behalf of the original author, other copyright rights under Section 106 of the Copyright Act, and the exclusive right to pursue litigation on behalf of the original author. Masterfile registered this image with the United States Copyright Office, as part of a collection in compliance with all Copyright Office requirements, under the registration number of VA 1-303-399, with an effective date of March 15, 2005 (see Exhibit "C").

12. Image number 700-00796219 [Couple Working] was originally authored by Jurek Wyszynski, president of Jurek Photography Incorporated, doing business as Jerzyworks. This image was subject to a "Memorandum of Agreement" dated December 1, 2004, which was renewed on August 1, 2006 by the "Artist Agreement" ("Jerzyworks Artist Agreement"). The Jerzyworks Artist Agreement grants Masterfile the exclusive right to license the image on behalf of the original author, other copyright rights under Section 106 of the Copyright Act, and the exclusive right to pursue litigation on behalf of the original author. Masterfile registered this image with the United States Copyright Office, as part of a collection in compliance with all Copyright Office requirements, under the registration number of VA 1-345-179, with an effective date of May 11, 2006 (see Exhibit "C").

13. Image number 700-01587070 [Portrait of Family] was originally commissioned by Masterfile as a Work Made for Hire by George Wellmans. This image was subject to an "Artist Agreement" dated July 5, 2007 ("Masterfile-48 Artist Agreement"). The Masterfile-48 Artist Agreement assigns Masterfile all copyright rights in the image, including the exclusive right to pursue litigation, as the image was

commissioned as a work made for hire. Masterfile registered this image with the United States Copyright Office, as part of a collection in compliance with all Copyright Office requirements, under the registration number of VA 1-430-018 with an effective date November 20, 2007 (see Exhibit "C").

14. Masterfile had copyright management measures on the Masterfile Website, including clear attribution adjacent the Images, information on licensing, and a watermark across the image that read "Masterfile," ("Masterfile Copyright Notice") so that no individual or entity searching its database would have any misunderstanding as to ownership or the fact that the Images had to be licensed to be used, as shown in Exhibit "A".

15. On or around October 5, 2012, Masterfile discovered that Hoover had reproduced and was displaying and distributing the four (4) Images on the Hoover Website, as shown in Exhibit "B".

16. On October 16, 2012, Masterfile provided notice via FedEx to Hoover regarding its unauthorized usage of the Images.

17. As of approximately December 7, 2012, the Images were removed from Hoover Website and replaced with other images.

18. Masterfile corresponded with Hoover's attorney in an attempt to settle the matter before communications ceased in January 2013. Masterfile further attempted to contact Hoover's attorney in October 2013, but did not receive any response.

19. On February 12, 2014, Masterfile, through its attorney, sent a letter to Hoover, via Hoover's attorney, again attempting to settle the matter. Masterfile received no response to this correspondence or subsequent communications.

20. The Images are original works of authorship fixed in a tangible

medium of expression from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device; they are in perspective, orientation, positioning, lighting and other details are entirely original, distinctive, and unique. As such, the Images are subject matter protectable under the Copyright Act.

21. Masterfile never authorized Hoover to reproduce, display, or distribute the Images on the Hoover Website.

22. Masterfile is either the proprietor of the right, title, and interest in and to the copyright in the Images or has obtained those rights in the Images from the original authors, as detailed in Paragraphs 10-13 above, pursuant to 17 U.S.C. § 201.

23. Masterfile complied with all respects with the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*, as amended, and all other laws and regulations governing copyrights, has secured the exclusive rights and privileges in and to the copyrights for the Images, and at all times relevant to this action held those rights.

FIRST CAUSE OF ACTION

Copyright Infringement – 17 U.S.C. §§ 101 *et seq.*

24. Masterfile re-alleges and incorporates by reference paragraphs 1 through 23 above.

25. On information and belief, Hoover had access to the Images through the Masterfile Website at www.masterfile.com.

26. Hoover's reproduction and display of the Images are substantially similar to the Images.

27. Hoover did not have authorization of Masterfile or the law to reproduce, distribute, display, or create derivative works of the Images.

28. Hoover has not compensated Masterfile for reproducing and displaying the Images.

29. Without Masterfile's authorization, Hoover reproduced and publicly displayed Masterfile's copyrightable works in violation of 17 U.S.C. § 501.

30. Hoover's conduct violates the exclusive rights belonging to Masterfile under 17 U.S.C. § 106.

31. As Masterfile discovered that Hoover was reproducing, displaying, and distributing the Images on or around October 5, 2012; Masterfile's claims of infringement are within the three-year statute of limitations period pursuant to 17 U.S.C. § 507(b).

32. As a direct and proximate result of its wrongful conduct, Hoover has realized and continues to realize profits and other benefits rightfully belonging to Masterfile for the Images. Accordingly, Masterfile is entitled to and seeks an award of actual damages and profits plus attorneys' fees and costs pursuant to 17 U.S.C. §§ 504(b) and 505.

33. In the alternative, since Masterfile timely registered the copyrights in the Images, Masterfile is entitled to and seeks statutory damages for Hoover's infringement of the Images, including attorneys' fees and costs, pursuant to 17 U.S.C. §§ 504(c)(1) and 505.

34. The infringement by Hoover was willful and performed with knowledge that the reproduction and display of the Images was unauthorized; Masterfile is therefore entitled to the recovery of enhanced statutory damages pursuant to 17 U.S.C. 504 (c)(2).

## PRAYER FOR RELIEF

WHEREFORE Masterfile prays that this Honorable Court:

1. Issue an order that Hoover's unauthorized conduct violates

Masterfile's rights under the Federal Copyright Act at 17 U.S.C. §101, et seq.;

2. Order that Hoover willfully infringed Masterfile's rights to the Images under the Copyright Act.

3. Order Hoover to account to Masterfile for all gains, profits, and advantages derived from Hoover's infringement of the Images;

4. Order Hoover to pay Masterfile all profits and damages in such amount as may be found pursuant to 17 U.S.C. § 504(b) (with interest thereon at the highest legal rate) for Hoover's infringement of the Images; alternatively, maximum statutory damages in the amount of $30,000 for each infringement pursuant to 17 U.S.C. § 504 (c)(1); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

5. Upon a finding that the infringements were willful, award Masterfile maximum statutory damages in the amount of $150,000 for each of Hoover's infringements of Masterfile's copyrights in the Images pursuant to 17 U.S.C. § 504 (c)(2); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

6. Order Hoover to pay Masterfile its costs of litigation and reasonable attorneys' fees in this action, pursuant to 17 U.S.C. § 505;

7. Order that Hoover is subject to preliminary and permanent injunctions providing that Hoover shall to deliver to Masterfile all copies of the Images and all other materials containing such infringing copies of the Images in Hoover's possession, custody or control;

8. Order Hoover, its agents, and servants to be enjoined during the pendency of this action and permanently from infringing the copyrights of Masterfile in any manner and from reproducing, distributing, displaying, or creating derivative works of the Images;

9. Award prejudgment and post-judgment interest, and all costs of court to Masterfile; and,

10. Order such other and further relief as this Honorable Court deems just and equitable.

Jury Trial Demand

Masterfile demands a jury trial on all of the foregoing counts.

Dated: August 8, 2014.

LAW OFFICE OF CAROLYN E. WRIGHT, LLC

/s/ Carolyn E. Wright
Carolyn E. Wright (SBN 263960)
Leslie Burns (SBN 276687)
Tyra Hughley Smith (SBN 259845)

TABLE OF CONTENTS – EXHIBITS

Exhibit A

Masterfile's Images with their Copyright Notices and Copyright Management Information ............................... ............................... 11

Exhibit B

Infringing Uses of Images by Hoover ..................................... 13

Exhibit C

Certificates of Registration ...................................................... 15