Tyra Hughley Smith (SBN 259845)
Leslie Burns (SBN 276687)
Carolyn E. Wright (SBN 263960)
Law Office of Carolyn E. Wright, LLC
P.O. Box 430
Glenbrook, NV 89413
(619) 798-8186 (telephone)
(775) 580-7322  (facsimile)
Email: tyra@photoattorney.com
Email: leslie@photoattorney.com
Email: carolyn@photoattorney.com
Attorneys for Plaintiff

Craig J. Mariam (SBN 225280)
Camille Bass (SBN 297609)
Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
(213) 576-5000 (telephone)
(877) 306-0043 (facsimile)
Email: cmariam@gordonrees.com
Email: cbass@gordonrees.com
Attorneys for Defendant

JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERFILE CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>HOOVER FINANCIAL CONSULTING, INC.<br><br>Defendant. | CASE No. 5:14-cv-01634-JGB-DTB<br><br>**ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Stipulation between Plaintiff Masterfile Corporation and Defendant Hoover Financial Consulting, Inc., this action is dismissed with prejudice its entirety, including all counterclaims, with each party bearing its own costs.

IT IS SO ORDERED.

Dated:  August 4, 2015           _____

The Honorable Jesus G. Bernal
United State District Court Judge